United States District Court
Puerto Rico
Exhibits Log: 21-1434 (PAD) Cardona-Rios et al v. PRASA et al
21-1434 (PAD) Cardona-Rios et al v. PRASA et al, 9/15/2025

| Exhibit | Description | Rlsd | Seal | Identified | Admitted |
|---|---|---|---|---|---|
| Plain-Exhibit-1 | Medical Records from San Carlos Hospital | Yes | No | 9/22/2025 3:38 PM | 9/22/2025 3:38 PM |
| Plain-Exhibit-2 | Medical Records at Puerto Rico Medical Center | Yes | No | 9/22/2025 3:39 PM | 9/22/2025 3:39 PM |
| Plain-Exhibit-6 | Medical records in Acacia Health Care | Yes | No | 9/22/2025 4:55 PM | 9/22/2025 4:55 PM |
| Plain-Exhibit-7 | Med records in Natl Personnel Records Ctr | No | No | 9/22/2025 5:07 PM | 9/22/2026 5:07 PM |
| Plain-Exhibit-12 | Photos by Nelson Soto | Yes | No | 9/16/2025 3:46 PM | 9/16/2025 3:46 PM |
| Plain-Exhibit-41 | Legal guardianship Order and Judgment | Yes | No | 9/22/2025 4:05 PM | 9/22/2025 4:05 PM |
| Plain-Exhibit-44 | DD214 | Yes | No | 9/22/2025 4:05 PM | 9/22/2025 4:05 PM |
| Plain-Exhibit-3.1 | Medical records in San Juan VA | Yes | No | 9/22/2025 4:54 PM | 9/22/2025 4:54 PM |
| Plain-Exhibit-3.2 | Medical records in San Juan VA | Yes | No | 9/22/2025 4:55 PM | 9/22/2025 4:55 PM |
| Plain-Exhibit-10.1 | Police Photo | Yes | No | 9/22/2025 3:50 PM | 9/22/2025 3:50 PM |
| Plain-Exhibit-10.2 | Police Photo | Yes | No | 9/22/2025 3:51 PM | 9/22/2025 3:51 PM |
| Plain-Exhibit-10.3 | Police Photo | Yes | No | 9/15/2025 3:40 PM | 9/15/2025 3:40 PM |
| Plain-Exhibit-10.4 | Police Photo | Yes | No | 9/22/2025 3:52 PM | 9/22/2025 3:52 PM |
| Plain-Exhibit-10.5 | Police Photo | Yes | No | 9/22/2025 3:52 PM | 9/22/2025 3:52 PM |
| Plain-Exhibit-10.6 | Police Photo | Yes | No | 9/22/2025 3:53 PM | 9/22/2025 3:53 PM |

| Exhibit | Description | Rlsd | Seal | Identified | Admitted |
|---|---|---|---|---|---|
| Plain-Exhibit-10.7 | Police Photo | Yes | No | 9/22/2025 3:53 PM | 9/22/2025 3:53 PM |
| Plain-Exhibit-10.8 | Police Photo | Yes | No | 9/22/2025 3:54 PM | 9/22/2025 3:54 PM |
| Plain-Exhibit-10.9 | Police Photo | Yes | No | 9/22/2025 3:54 PM | 9/22/2025 3:54 PM |
| Plain-Exhibit-10.10 | Police Photo | Yes | No | 9/22/2025 3:42 PM | 9/22/2025 3:42 PM |
| Plain-Exhibit-10.11 | Police Photo | Yes | No | 9/22/2025 3:55 PM | 9/22/2025 3:55 PM |
| Plain-Exhibit-10.12 | Police Photo | Yes | No | 9/22/2025 3:56 PM | 9/22/2025 3:56 PM |
| Plain-Exhibit-10.13 | Police Photo | Yes | No | 9/22/2025 3:56 PM | 9/22/2025 3:56 PM |
| Plain-Exhibit-10.14 | Police Photo | Yes | No | 9/22/2025 3:57 PM | 9/22/2025 3:57 PM |
| Plain-Exhibit-10.15 | Police Photo | Yes | No | 9/22/2025 3:57 PM | 9/22/2025 3:57 PM |
| Plain-Exhibit-10.16 | Police Photo | Yes | No | 9/15/2025 3:41 PM | 9/15/2025 3:41 PM |
| Plain-Exhibit-10.17 | Police Photo | Yes | No | 9/22/2025 3:57 PM | 9/22/2025 3:57 PM |
| Plain-Exhibit-10.18 | Police Photo | Yes | No | 9/22/2025 3:58 PM | 9/22/2025 3:58 PM |
| Plain-Exhibit-32pag.1 | Page 1 | Yes | No | 9/22/2025 4:02 PM | 9/22/2025 4:02 PM |
| Plain-Exhibit-32pag.2 | Page 2 | Yes | No | 9/22/2025 4:03 PM | 9/22/2025 4:03 PM |
| Defen-Exhibit-A | Traffic Accident Report | Yes | No | 9/16/2025 3:47 PM | 9/16/2025 4:13 PM |
| Defen-Exhibit-B | Sworn Statement Carlos Velez Torres | Yes | No | 9/22/2025 4:03 PM | 9/22/2025 4:03 PM |

| Exhibit | Description | Rlsd | Seal | Identified | Admitted |
|---------|-------------|------|------|------------|----------|
| Defen-Exhibit-C | Toxocology Report | Yes | No | 9/15/2025 4:40 PM | 9/15/2025 4:40 PM |
| Defen-Exhibit-D | Certified photographs | Yes | No | 9/15/2025 4:48 PM | 9/15/2025 4:48 PM |
| Defen-Exhibit-E | Letter from VA Department | Yes | No | 9/15/2025 4:49 PM | 9/15/2025 4:49 PM |
| Defen-Exhibit-F | Mr. Cardona VA file | Yes | No | 9/15/2026 4:49 PM | 9/15/2025 4:49 PM |
| Defen-Exhibit-G | ACAA Denial letter | Yes | No | 9/15/2025 4:50 PM | 9/15/2025 4:50 PM |
| Defen-Exhibit-H | LAMA Internationan By-Laws April 30, 2022 Engl | Yes | No | 9/15/2026 4:50 PM | 9/15/2025 4:50 PM |
| Defen-Exhibit-I | DTOP Certification of non-jurisdiction | Yes | No | 9/15/2025 4:50 PM | 9/15/2026 4:50 PM |
| Defen-Exhibit-J | Certification of Municipal Emergency Management San Seb Gov | Yes | No | 9/15/2026 4:51 PM | 9/15/2025 4:51 PM |